HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER L. GARRIDO, | Case No. 2:25-cv-02241-RAJ-BAT |
| Petitioner, | ORDER |
| v. | |
| KARIN ARNOLD, | |
| Respondent. | |

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, the Petitioner's objections, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation and DENIES Petitioner's application to proceed *in forma pauperis*.

(2) Petitioner shall pay the filing fee within 14 days of the date of this order. If the filing fee is not paid, the matter will be deemed dismissed, and the Clerk shall close this matter.

//

ORDER - 1

...

1  (3) The Clerk shall provide Petitioner a copy of this Order.

3  Dated this 19th day of December, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2