Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER L. GARRIDO, | NO. 2:25-cv-02241-RAJ |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| KARIN ARNOLD, | |
| Respondent. | |

THIS MATTER comes before the Court *sua sponte*.  On December 19, 2025, the Court entered an order adopting the Report and Recommendation of the magistrate judge, denying Petitioner's application to proceed *in forma pauperis*, and directing Petitioner to pay the full filing fee within fourteen days of the date of the Court's order.  The Court indicated that if the filing fee was not paid, this case would be dismissed.

As Petitioner has not paid the filing fee, this matter is DISMISSED without prejudice for failure to prosecute.

DATED this 5th day of January, 2026.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1