UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER L. GARRIDO,

                    Petitioner,

      v.

KARIN ARNOLD,

                 Respondent.

CASE NO. 2:25-cv-02241-RAJ-BAT

**ORDER ON MOTION TO AMEND PETITION AND MOTION FOR EXTENSION OF TIME TO ANSWER, DKT.S 19 AND 20**

On March 3, 2026, Petitioner filed a motion to add to his habeas petition "Ground 5: Trial Court Erred in Refusing to Provide Defense Proposed Instructions Necessary to Self Defense Claim and Apply the Relevant legal Standards. a. Failure to give missing evidence instructions b. Failure to give necessary self-defense instructions." Dkt. 19.

On March 16, 2026, Respondent filed a motion requesting the Court extend the time to file an answer to April 15, 2026. Dkt. 20.

The Court has considered the motions and the record and hereby ORDERS:

1. The Court GRANTS Petitioner's motion (Dkt. 19) to add ground for relief 5 as noted above.

2. The Court GRANTS Respondent's motion to extend the time to file an answer. Dkt. 20. Respondent shall file its answer and relevant portions of the state court record no later

ORDER ON MOTION TO AMEND PETITION
AND MOTION FOR EXTENSION OF TIME
TO ANSWER, DKT.S 19 AND 20 - 1

than April 15, 2026 and note the matter 28 days after the answer is filed.

     3.    The Clerk shall provide a copy of this order to petitioner and Respondent's counsel.

     DATED this 18th day of March, 2026.

                    _____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON MOTION TO AMEND PETITION
AND MOTION FOR EXTENSION OF TIME
TO ANSWER, DKT.S 19 AND 20 - 2